The Honorable Robert S. Lasnik

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>JASON BAKER,<br><br>Defendant. | NO. CR12-84RSL<br><br>**ORDER CONTINUING TERMS OF SUPERVISION** |

The Court having found, based on Mr. Baker's admission, that he has violated the terms of his supervised release, HEREBY ORDERS that the terms of the defendant's supervision shall remain in full effect and force, with the following additional condition added:

The defendant shall satisfactorily participate in Peer Seattle as a condition of supervised release.

//

//

Order Continuing Terms of Supervision
(*United States v Baker*, CR12-84RSL) - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | DATED this 2nd day of May, 2024.

_____
ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Rachel Yemini*
RACHEL YEMINI
Assistant United States Attorney

Order Continuing Terms of Supervision
(*United States v Baker*, CR12-84RSL) - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970